IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jason L. Stubbs,

    Plaintiff(s),

vs.

Ohio Department of Rehabilitation &
Corrections, et al.,

    Defendant(s).

Case Number: 1:17cv813

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on January 26, 2018 (Doc. 5), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 8, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's complaint (Doc. 1) is DISMISSED with prejudice pursuant to 28 U.S.C. §§1915(e)(2)(B) and 1915A(b)(1).

The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith. Plaintiff, therefore, is DENIED leave to appeal *in forma pauperis*. See *McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court